IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVE SCOTT, #873139 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv636 |
| | § | *Consolidated with* 4:15cv83 and 4:15cv84 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The cases were referred to a United States Magistrate Judge, who issued a Report and Recommendation. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration. Petitioner filed objections.

After reviewing the Report and Recommendation and conducting a *de novo* review of Petitioner's objections, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the petitions for writ of habeas corpus are **DENIED** and the cases are **DISMISSED** with prejudice. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 17th day of May, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE